IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-000856-WYD-MEH

JOHN STANERSON,

    Plaintiff,

v.

COLORADO BOULEVARD MOTORS, INC., d/b/a MIKE SHAW CHEVEROLET (sic); and MIKE SHAW BUICK CHEVEROLET (sic) SAAB,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 24, 2006.**

    For good cause shown, and based on the agreement of the parties, the Stipulation for Protective Order [Filed October 20, 2006; Docket #16] is **granted**. The Protective Order shall enter separately.