IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00856-WYD-MEH

JOHN STANERSON,

    Plaintiff,

v.

COLORADO BOULEVARD MOTORS, INC., d/b/a MIKE SHAW CHEVEROLET (CHEVROLET); and
MIKE SHAW BUICK CHEVEROLET (CHEVROLET) SAAB,

    Defendants.

---

### ORDER WITHDRAWING CLAIMS

---

THIS MATTER is before the Court on Plaintiff's Unopposed Withdrawal of Claims Based on Age, filed November 17, 2006 (docket #23).  In the motion, Plaintiff withdraws all allegations and claims included in his First Claim for Relief (Discriminatory Termination) and Third Claim for Relief (Retaliation) that are based on the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621 et seq. ("ADEA"). Plaintiff further states that this partial withdrawal is not intended to alter, impact or amend any other allegation, claim, or aspect of his First and Third Claims for relief. Upon consideration of the motion and file in this matter, I find that the motion should be and hereby is **GRANTED**.  It is therefore

ORDERED that all allegations and claims included in the First Claim for Relief and the Third Claim for Relief which are based on the ADEA, are hereby withdrawn.

Dated: November 22, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge