IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00856-WYD-MEH

JOHN STANERSON,

    Plaintiff,

v.

COLORADO BOULEVARD MOTORS, INC., d/b/a MIKE SHAW CHEVEROLET (CHEVROLET); and
MIKE SHAW BUICK CHEVEROLET (CHEVROLET) SAAB,

    Defendants.

## ORDER DISMISSING CASE

THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss With Prejudice, filed January 23, 2007 (docket #28).  In the motion, the parties indicate that they have reached a compromise settlement of this action, and stipulate and agree that this action should be dismissed with prejudice, each party to pay their own costs and attorneys' fees.  In consideration of the motion and the file in this matter, I find that the motion should be **GRANTED**, and this case should be **DISMISSED WITH PREJUDICE**, each party to pay their own costs and attorneys' fees.

    Dated:  January 24, 2007

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              U. S. District Judge